IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | * |
| | * |
| Plaintiff, | Case No.  5:20-cv-00029-MTT |
| v. | * |
| DAVID OMAR MIXON, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 16, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 17th day of March, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk